UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MAY-MONTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RS & ASSOCIATES, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03046-JSC<br><br>**AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff, well represented by counsel, has been granted permission to proceed in forma pauperis. The United States Marshal acknowledged receipt of the request for service of summons on the defendants on October 2, 2015 (Dkt. No. 12), but as of the date of this Order no proof of service has been filed and defendants have not made an appearance. Accordingly, the case management conference scheduled for January 14, 2016 is continued to **March 3, 2016 at 1:30 p.m.** The Clerk is requested to check with the Marshal as to the status of service of process.

**IT IS SO ORDERED.**

Dated: January 13, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge